UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RYAN RANDALL,<br><br>    Plaintiff,<br><br>    v.<br><br>CIRCA DU SOLEIL.,<br><br>    Defendants. | Case No. 2:24-cv-00226-APG-EJY<br><br>**REPORT AND RECOMMENDATION** |

On February 1, 2024, Plaintiff filed an application to proceed *in forma pauperis* ("IFP") and a Complaint. ECF Nos. 1, 1-1. On February 2, 2024, the Court issued an Order granting Plaintiff's IFP application, but dismissed the Complaint without prejudice. ECF No. 4 at 3. The Court explained to Plaintiff that he must demonstrate exhaustion of administrative remedies by filing a timely charge with the EEOC or the appropriate state agency before he may pursue litigation under Title VII and the ADEA. *Id*. at 2 *citing*, *inter alia*, *Ramirez v. Kingman Hosp. Inc.*, 374 F. Supp. 3d 832, 854 (D. Ariz. 2019) (citation omitted). The Court gave Plaintiff through and including April 5, 2024 to file an amended Complaint. *Id*. The Court stated it would recommend dismissal without prejudice if Plaintiff failed to timely comply with the Court's Order. *Id*. As of the date of this Recommendation, Plaintiff has not complied with the Court's Order.

Accordingly, IT IS HEREBY RECOMMENDED that this matter be dismissed without prejudice for failure to comply with the Court's February 2, 2024 Order.

Dated this 17th day of April, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

**NOTICE**

Under Local Rule IB 3-2, any objection to this Finding and Recommendation must be in writing and filed with the Clerk of the Court within fourteen (14) days. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).