UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| RYAN RANDALL, | Case No.: 2:24-cv-00226-APG-EJY |
|---|---|
| Plaintiff | **Order Accepting Report and Recommendation** |
| v. | [ECF No. 5] |
| CIRCA DU SOLEIL, | |
| Defendant | |

On April 17, 2024, Magistrate Judge Youchah recommended that I dismiss this case because plaintiff Ryan Randall did not file an amended complaint by the given deadline. ECF No. 7. Randall did not object. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Youchah's report and recommendation (ECF No. 5) is accepted, and this case is dismissed without prejudice. The clerk of court is instructed to close this case.

DATED this 6th day of May, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE